**Opinion filed November 17, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00108-CV

_____

## ROBERT PERRY HUNSAKER AND JEANIE NELL HUNSAKER, Appellants

## V.

## SHERRY RICHARDSON, Appellee

**On Appeal from the 29th District Court**
**Palo Pinto County, Texas**
**Trial Court Cause No. C48479**

## M E M O R A N D U M   O P I N I O N

Appellants, Robert Perry Hunsaker and Jeanie Nell Hunsaker, have filed in this court an unopposed motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). In the motion, Appellants state that the controversy between the parties has ended because the dog—the possession of which was at the center of the parties' dispute—has died. Because the dog's death moots this appeal, Appellants

ask that we vacate the trial court's judgment and dismiss this appeal. According to Appellants, Appellee does not oppose Appellants' motion.

Accordingly, we grant Appellants' unopposed motion, vacate the trial court's judgment insofar as it awarded possession of the dog at issue, and dismiss this appeal.

PER CURIAM

November 17, 2022

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.